1 | KEVIN RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

4 | ZACHARY D. BIRD (CSBN 222656)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102

7

8 | Attorneys for Plaintiff

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## EUREKA DIVISION

| UNITED STATES OF AMERICA, | ) CR No.: 1:06:70318 |
| Plaintiff, | ) ORDER |
| v. | ) |
| TROY ROSENBERG, | ) |
| Defendant. | ) |

UPON motion of the United States of America, and good cause appearing, it is hereby ordered, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Warrant of Arrest and Complaint in the above mentioned matter be dismissed.

SO ORDERED.

DATED: 7/17/06

_____
NANDOR J. VADAS
United States Magistrate Judge

Order for Dismissal